IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

JASON LAUGHERTY, individually
and on behalf of all others similarly
situated,

       Plaintiff,

v.

ATLANTIC COAST FINANCIAL
CORPORATION; ATLANTIC COAST
BANK; BOND STREET HOLDINGS,
INC.; FLORIDA COMMUNITY BANK,
N.A.; FORREST W. SWEAT JR.;
CHARLES E. MARTIN JR.; THOMAS
F. BEECKLER; G. THOMAS FRANKLAND;
JOHN J. LINFANTE; W. ERIC PALMER;
and H. DENNIS WOODS,

       Defendants.

Civil Action No. 1:13-cv-01475-WDQ

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

**JOINT NOTICE OF CONDITIONAL SETTLEMENT AND
MOTION TO STAY CASE AND/OR EXTEND CASE DEADLINES PENDING
CONSUMMATION OF MERGER AND FILING OF A MOTION FOR
<u>PRELIMINARY APPROVAL OF SETTLEMENT</u>**

Plaintiff, Jason Laugherty ("Plaintiff"), together with Defendants Atlantic Coast Financial Corporation ("ACFC"), Atlantic Coast Bank ("Atlantic Bank"), Bond Street Holdings, Inc. ("Bond Street"), Florida Community Bank ("Florida Bank"), individual defendants Forrest W. Sweat, Jr., Charles E. Martin, Jr., Thomas F. Beeckler, G. Thomas Frankland, John J. Linfante, W. Eric Palmer, and H. Dennis Woods (collectively referred to as the "Individual Defendants") (Plaintiff and the Defendants are collectively referred to as the "Parties"), hereby jointly serve notice to the Court that the Parties have executed a Memorandum of Understanding (the "MOU") settling the above-captioned action (the "Action") in principle, and request that this Court enter an Order staying the case and/or

extending case deadlines to allow Plaintiff to file a Motion for Preliminary Approval of the Settlement of the Action within ninety (90) days after the consummation of the subject merger transaction. The grounds and authorities in support of this Motion are set forth more fully in the accompanying Memorandum of Law, which is incorporated herein by reference.

WHEREFORE, the Parties respectfully request that the Court issue an Order:

A.Allowing Plaintiff until ninety (90) days after the consummation of the merger to file a Motion for Preliminary Approval of the Settlement of the Action;

B.Staying and/or extending all other deadlines in the Action; and

C.Granting any further relief that is appropriate under the circumstances.

| | |
|---|---|
| Dated:  June 7, 2013<br><br>*/s/ Yelena Trepetin (with permission)*<br>Charles J. Piven<br>Yelena Trepetin<br>BROWER PIVEN<br>1925 Old Valley Road<br>Stevenson, MD  21153<br>Tel: (410) 332-0030<br>Fax: (410) 685-1300<br>Email:  piven@browerpiven.com<br>Email:  trepetin@browerpiven.com<br><br>Donald J. Enright<br>LEVI & KORSINSKY LLP<br>1101 30th Street, NW, Suite 115<br>Washington, DC 20007<br>Tel:  (202) 524-4290<br>Fax:  (202) 333-2121<br>Email:  denright@zlk.com<br><br>Evan J. Smith<br>Marc Ackerman<br>BRODSKY & SMITH, LLC<br>Two Bala Plaza, Suite 602<br>Bala Cynwyd, PA  19004<br>Tel:  (610) 667-6200<br>Fax:  (610) 667-9029<br>Email:  esmith@brodsky-smith.com<br>Email:  mackerman@brodsky-smith.com<br><br>*Attorneys for Plaintiff Jason Laugherty* | Respectfully submitted,<br><br>*/s/ Daniel P. Moylan (with permission)*<br>William J. Murphy (Fed Bar No. 00497)<br>Daniel P. Moylan (Fed Bar No. 26476)<br>ZUCKERMAN SPAEDER LLP<br>100 East Pratt Street, Suite 2440<br>Baltimore, MD  21202-1031<br>Tel:  (410) 332-0444<br>Fax:  (410) 659-0436<br>Email:  wmurphy@zuckerman.com<br>Email:  dmoylan@zuckerman.com<br><br>Arthur H. Aufses III (admitted *pro hac vice*)<br>Seth F. Schinfeld (admitted *pro hac vice*)<br>KRAMER LEVIN NAFTALIS & FRANKEL LLP<br>1177 Avenue of the Americas<br>New York, New York  10036<br>Tel:  (212) 715-9100<br>Fax:  (212) 715-8000<br>Email:  aaufses@kramerlevin.com<br>Email:  sschinfeld@kramerlevin.com<br><br>*Attorneys for Defendants Bond Street Holdings, Inc. and Florida Community Bank, N.A.* |

| | |
|---|---|
| */s/ Craig R. Haughton*<br>Ava E. Lias-Booker (Fed. Bar No. 05022)<br>Craig R. Haughton (Fed. Bar No. 28585)<br>MCGUIREWOODS LLP<br>7 Saint Paul Street, Suite 1000<br>Baltimore, MD  21202<br>Tel:  (410) 659-4400<br>Fax:  (410) 659-4599<br>Email:  alias-booker@mcguirewoods.com<br>Email:  chaughton@mcguirewoods.com<br><br>R. Eric Bilik (admitted *pro hac vice*)<br>Rory J. Diamond (admitted *pro hac vice*)<br>MCGUIREWOODS LLP<br>Bank of America Tower<br>50 North Laura Street, Suite 3300<br>Jacksonville, FL  32202-3661<br>Tel:  (904) 798-3200<br>Fax:  (904) 798-3207<br>Email:  ebilik@mcguirewoods.com<br>Email:  rdiamond@mcguirewoods.com<br><br>*Attorneys for Defendants Atlantic Coast Financial Corporation and Atlantic Coast Bank* | */s/ Robert S. Brennen (with permission*<br>Robert S. Brennen (Fed. Bar No. 04499)<br>William M. Krulak, Jr. (Fed. Bar No. 26452)<br>MILES & STOCKBRIDGE, P.C.<br>100 Light Street<br>Baltimore, MD  21202<br>Tel:  (410) 385-3653<br>Fax:  (410) 385-3700<br>Email:  rbrennen@milesstockbridge.com<br>Email:  wkrulak@milesstockbridge.com<br><br>*Attorneys for Defendant G. Thomas Frankland* |
| */s/ Gregory T. Lawrence (with permission)*<br>Gregory T. Lawrence (Fed. Bar No. 25670)<br>Hannah Kon (Fed. Bar No. 29280)<br>Michael J. Silvestri (Fed. Bar No. 30187)<br>CONTI FENN & LAWRENCE LLC<br>36 South Charles Street, Suite 2501<br>Baltimore, MD  21201<br>Tel:  (410) 837-6999<br>Fax: (410) 510-1647<br>Email:  greg@lawcfl.com<br>Email:  hannah@lawcfl.com<br>Email:  michael@lawcfl.com<br><br>*Attorneys for Defendants John J. Linfante, H. Dennis Woods, Charles E. Martin, Jr., Forrest W. Sweat, Jr., Thomas F. Beeckler, W. Eric Palmer* | |

48574080_1.DOC