**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND**
(Northern Division)

| | |
|---|---|
| JASON LAUGHERTY, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br>v.<br><br>ATLANTIC COAST FINANCIAL CORPORATION; ATLANTIC COAST BANK; BOND STREET HOLDINGS, INC.; FLORIDA COMMUNITY BANK, N.A.; FORREST W. SWEAT JR.; CHARLES E. MARTIN JR.; THOMAS F. BEECKLER; G. THOMAS FRANKLAND; JOHN J. LINFANTE; W. ERIC PALMER; and H. DENNIS WOODS,<br><br>    Defendants. | Civil Action No. 1:13-cv-01475-WDQ |

**(PROPOSED) ORDER**

WHEREAS, Plaintiff, Jason Laugherty ("Plaintiff"), together with Defendants Atlantic Coast Financial Corporation ("ACFC"), Atlantic Coast Bank ("Atlantic Bank"), Bond Street Holdings, Inc. ("Bond Street"), Florida Community Bank ("Florida Bank"), individual defendants Forrest W. Sweat, Jr., Charles E. Martin, Jr., Thomas F. Beeckler, G. Thomas Frankland, John J. Linfante, W. Eric Palmer, and H. Dennis Woods (collectively referred to as the "Individual Defendants") (Plaintiff and the Defendants are collectively referred to as the "Parties"), jointly served notice to the Court that the Parties have executed a Memorandum of Understanding (the "MOU") settling the above-captioned action (the "Action") in principle and jointly submitted a Motion to Stay Case and/or Extend Deadlines Pending Consummation of Merger and Filing of a Motion for Preliminary Approval of Settlement and supporting Memorandum of Law (the "Motion").

THIS CAUSE came before the Court on the agreement of the above-captioned parties, and being otherwise duly advised in the premises, it is hereby ORDERED as follows:

1. The Motion is GRANTED.

2. Plaintiff has until ninety (90) days after the consummation of the Merger contemplated by the Merger Agreement to file a Motion for Preliminary Approval of the Settlement of the Action;

3. All other deadlines in the Action are hereby stayed; and

4. The Clerk of the Court is hereby directed to take all necessary steps to effectuate any and all provisions of this Order.

DONE AND ORDERED on _____, 2013.

_____
THE HONORABLE WILLIAM D. QUARLES, JR.
UNITED STATES DISTRICT COURT

48543309_1