## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF MARYLAND
## (BALTIMORE)

| | | |
|---|---|---|
| JASON LAUGHERTY, | § | |
| Individually and on behalf of all others | § | Civil Action No. 1:13-cv-01475-WDQ |
| similarly situated, | § | |
| | § | |
| Plaintiff, | § | |
| | § | **PLAINTIFF'S NOTICE OF VOLUNTARY** |
| v. | § | **DISMISSAL PURSUANT TO FED. R.** |
| | § | **CIV. P. 41(a)(1)(A)** |
| | § | |
| ATLANTIC COAST FINANCIAL | § | |
| CORPORATION, ATLANTIC COAST | § | |
| BANK, BOND STREET HOLDINGS, INC., | § | |
| FLORIDA COMMUNITY BANK, N.A., | § | |
| FORREST W. SWEAT JR., CHARLES E. | § | |
| MARTIN JR., THOMAS F. BEECKLER, G. | § | |
| THOMAS FRANKLAND, JOHN J. | § | |
| LINFANTE, W. ERIC PALMER, and H. | § | |
| DENNIS WOODS, | § | |
| | § | |
| Defendants. | § | |

Plaintiff Jason Laugherty ("Plaintiff") hereby notifies the Court that he seeks dismissal of

his complaint in the above-captioned action pursuant to Fed. R. Civ. P. 41(a)(1)(A). Given that

defendants have not answered Plaintiff's complaint, nor filed a motion for summary judgment,

voluntary dismissal pursuant to Fed. R. Civ. P. 41(a)(1)(A) is appropriate.

Dated: November 13, 2013

**BROWER PIVEN**
  **A Professional Corporation**

_____/s/  Yelena Trepetin_____
Charles J. Piven (Md. Fed. Bar No. 00967)
Email: piven@browerpiven.com
Yelena Trepetin (Md. Fed. Bar No. 28706)
Email: trepetin@browerpiven.com
1925 Old Valley Road
Stevenson, MD 21153
Tel: (410) 332-0030
Fax: (410) 685-1300

_Counsel for Plaintiff_

OF COUNSEL:

**BRODSKY & SMITH, LLC**
Evan J. Smith
Marc Ackerman
Two Bala Plaza, Suite 602
Bala Cynwyd, PA 19004
T: (610) 667-6200

**LEVI & KORSINSKY LLP**
Donald J. Enright, Esq.
1101 30th Street, NW, Suite 115
Washington, DC 20007
Tel:     (202) 524-4290
Fax:     (202) 333-2121

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that Plaintiff's Notice of Voluntary Dismissal Pursuant to Fed. R. Civ. P. 41(a)(1)(A) was filed through the ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF), and electronic copies will be sent to those indicated as non-registered participants on November 13, 2013.

_/s/   Yelena Trepetin_
Yelena Trepetin